IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMIL MITCHELL, | ) | |
| Plaintiff, | ) | 2:09-cv-02411-GEB-EFB |
| v. | ) | ORDER DENYING PLAINTIFF'S MOTION FOR REMAND* |
| HFS NORTH AMERICA, INC., and DOES 1-10, inclusive, | ) | |
| Defendants. | ) | |

On September 24, 2009, Plaintiff Jamil Mitchell filed a motion for remand based on Defendant's procedurally defective statement of subject matter jurisdiction in its notice of removal. In its notice of removal, Defendant, a limited liability company, incorrectly alleged its citizenship using the "dual citizenship" test of a corporation. The proper test of citizenship for a limited liability company ("LLC") for purposes of diversity jurisdiction is "an LLC is a citizen of every state of which its owners/members are citizens." Johnson v. Columbia Props. Anchorage, L.P., 437 F.3d 894, 899 (9th Cir. 2006). In its opposition, Defendant provided the Court

---

\* This matter is deemed suitable for decision without oral argument. E.D. Cal. R. 78-230(h).

1

with the citizenship of all its members and now seeks to amend its notice of removal.

In the Ninth Circuit, "defects in form of a removal petition are amendable at any time, not just within the original 30-day period for removal." Kacludis v. GTE Spring Commc'ns Corp., 806 F. Supp. 866, 869 (N.D. Cal. 1992) (citing Barrow Dev. Co. v. Fulton Ins. Co., 418 F.2d 316, 317 (9th Cir. 1969)). "This is particularly true where, as here, the requisite jurisdictional allegations are not omitted entirely, but rather are merely defective in form." Id. "To permit this minor irregularity to defeat the District Court's jurisdiction would be to elevate form over substance." Riehl v. Nat'l Mut. Ins. Co., 374 F.2d 739, 742 (7th Cir. 1967).

Since the defects in Defendant's notice of removal have been cured by subsequent information supplied to the Court, Plaintiff's motion is DENIED. Defendant is granted five (5) days from the date on which this Order is filed to file an amended notice of removal.

Dated: October 23, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge