```
IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA
```

JAMIL MITCHELL,  )
        )   2:09-cv-02411-GEB-KJN
       Plaintiff,   )
        )
    v.   )   ORDER
        )
HFS NORTH AMERICA, INC., a )
California Corporation,   )
        )
       Defendant.   )
_____)

       Defendant's motion filed on April 4, 2011 and scheduled for hearing on May 2, 2011 is rescheduled to be heard on June 6, 2011, commencing at 9:00 a.m., since both parties failed to provide a courtesy copy of Plaintiff's entire deposition, upon which both rely, as required by Local Rule 133(j). Defendant shall provide either a courtesy hard copy or electronic copy of Plaintiff's entire deposition, as required by Local Rule 133(j), no later than May 9, 2011.

       Further, Plaintiff is requested to file a response to Defendant's "Objections to Evidence Filed in Opposition to Defendant's Motion for Summary Judgment" (ECF No. 37-2) no later than May 9, 2011. Defendant may file a reply to any response Plaintiff files no later than May 16, 2011.

Dated: April 27, 2011

                                    _____
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge